Daniel Valles (SBN 269137)
Kayla M. Rathjen (SBN 330046)
**VALLES LAW, P.C**
1230 Rosecrans Avenue, Suite 300
Manhattan Beach, CA 90266
Telephone:   (415) 234-0065
Facsimile:   (510) 369-2075

Attorneys for Plaintiff
MATT SEIBERT, ON BEHALF OF HIMSELF,
AND ALL OTHERS SIMILARLY SITUATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT SEIBERT, an individual on behalf of himself, and all others similarly situated;<br><br>Plaintiff,<br>v.<br><br>SS&C TECHNOLOGIES, INC., a Delaware corporation, INTRALINKS, INC., a Delaware corporation, and DOES 1 to 100, inclusive;<br><br>Defendants. | Case No. 3:23-cv-00279-AMO<br><br>[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS AND PAGA ACTION SETTLEMENT<br><br>Hearing Date:   January 23, 2025<br>Time:   2:30 p.m.<br>Judge:   Hon. Donna M. Ryu |

**[PROPOSED] ORDER**

On January 23, 2025, the Court heard a motion by Plaintiff Matt Seibert ("**Plaintiff**") for preliminary approval of a proposed class and PAGA action settlement (the "**Motion**"). Thereafter, upon the Court's request, Plaintiff and SS&C Technologies, Inc. ("**SS&C**") and Intralinks, Inc. ("**Intralinks**") (collectively as "**Defendants**") submitted additional briefing to the Court, including a revised Settlement Agreement, revised Class Notice, and supplemental declaration. The Court has considered Plaintiffs' supplemental briefing, Motion, the revised Settlement Agreement and Stipulation ("**Settlement**" or "**Settlement Agreement**"), the revised proposed Class Notice, the supporting declarations from Plaintiff's and Plaintiff's counsel, and hereby finds and orders as follows:

1. The Court finds on a preliminary basis that the class and PAGA action settlement memorialized in the Settlement Agreement, filed with the Court, falls within the range of reasonableness and, therefore, preliminarily approves its terms as it meets the requirements for preliminary approval.

2. The Court conditionally certifies, for settlement purposes only, the following Classes:

   a. **"Commissioned Employees Class"** - All current and former employees who worked for SS&C or Intralinks in the State of California who were eligible to earn commissions at any time between October 21, 2018, through the date of preliminary settlement approval.

   b. "**California Employees Class**" - All current and former employees who worked for SS&C or Intralinks in the State of California at any time between October 21, 2018, through the date of preliminary settlement approval.

   c. "**Commissioned Aggrieved Employees**" - All current and former employees who worked for SS&C or Intralinks in the State of California who were eligible to earn commissions at any time between October 12, 2021, through the date of preliminary settlement approval.

   d. "**California Aggrieved Employees**" - All current and former employees who worked for SS&C or Intralinks in the State of California at any time between October 12, 2021, through the date of preliminary settlement approval.

3. The Court finds that, for settlement purposes only, the requirements of 29 U.S.C. § 216, Federal Rule of Civil Procedure 23(a) and Federal Rule of Civil Procedure 23(b)(3) are satisfied, with the exception of the manageability requirement of Rule 23(b)(3), which the Court need not address for purposes of settlement.

4. The Court appoints, for settlement purposes only, Matt Seibert as Class Representative.

5. The Court appoints, for settlement purposes only, Daniel Valles and Kayla Rathjen of Valles Law, P.C. as Class Counsel.

6. The Court appoints CPT Group as Settlement Administrator.

7. The Court approves, as to form and content, the Rule 23 Notice that was filed with the Court, ECF Doc. #50. The Settlement Administrator is ordered to mail that document to the members of the Classes as provided in the Settlement Agreement.

8. Each Class Member will have sixty (60) days after the date on which the Settlement Administrator mails the Notice to dispute the number of workweeks that they worked during the Class Period and/or PAGA period, to submit an Exclusion Letter or to object to the Settlement, as described in the Settlement Agreement and the Notice.

9. The Court will conduct a Final Approval Hearing on **October 23, 2025 at 1:00 p.m., U.S. District Court, 1301 Clay Street, Oakland, CA** to confirm the overall fairness of the settlement and to fix the amount of reasonable attorneys' fees and costs to Class Counsel and enhancement payment to the Class Representative. The Final Approval Hearing may be continued without further notice to members of the Classes. Class Counsel shall file their motion for reasonable attorneys' fees, costs, and the Class Representative payment sought in the Settlement, on or before **September 18, 2025**. Class Counsel shall file their motion for final settlement approval on or before **September 18, 2025**.

10. An implementation schedule is below:

| Event | Date |
| --- | --- |
| Defendants to provide Class Member List to Settlement Administrator | July 7, 2025<br>(15 days after preliminary approval) |

| | |
|---|---|
| Settlement Administrator to mail Notice Packets | **July 17, 2025** <br> (10 days after receiving class member list) |
| Class Counsel to file Motion for Attorneys' Fees, Costs, and Class Representative Service Award | **September 18, 2025** |
| Deadline to Dispute the Number of Workweeks, Request exclusion and/or Object to Settlement | **September 15, 2025** <br> (60 days after mailing of Notice Packets) |
| Plaintiff to file Motion for Final Settlement Approval | **September 18, 2025** |
| Final Approval Hearing | **October 23, 2025 at 1:00 p.m** |

IT IS SO ORDERED.

Dated: June 20, 2025

_____
Donna M. Ryu
Chief Magistrate Judge